**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HUGHES COMMUNICATIONS INDIA PRIVATE LTD., <br><br> Plaintiff, <br><br> - against - <br><br> THE DIRECTV GROUP, INC., <br><br> Defendant. | Civil Action No. 20-cv-02604 <br><br> [~~PROPOSED~~] **ORDER** |

Upon consideration of Defendant The DIRECTV Group, Inc.'s Unopposed Motion to Modify Briefing Schedule for Defendant's Motion to Dismiss the Complaint, the Court finds that good cause has been shown to grant the motion.

**ACCORDINGLY**, it is hereby

**ORDERED** that the Motion is **GRANTED** and Defendant's deadline to submit any reply in support of its Motion to Dismiss the Complaint is extended to October 5, 2020.

**SO ORDERED**, this  27th day of    July    , 2020.

/s/ Alvin K. Hellerstein
**ALVIN K. HELLERSTEIN**
**UNITED STATES DISTRICT JUDGE**