# MAYER | BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Matthew D. Ingber**
Partner
T: +1 212 506 2373
F: +1 212 849 5973
mingber@mayerbrown.com

November 13, 2020

BY ECF

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Re:   *Hughes Communications India Private Limited v. The DirecTV Group, Inc.*, No. 20-cv-02604 (S.D.N.Y.)

Dear Judge Hellerstein:

Pursuant to Rule 1-D of Your Honor's Individual Rules and on behalf of The DirecTV Group, Inc. ("DIRECTV"), I write to request that the Court reschedule the Initial Case Management Conference, currently scheduled for Thursday, December 10, 2020 at 10:00 a.m. (Dkt. 36), to any of the following dates or such other date as may be convenient for the Court: December 3, 2020; the morning of December 4, 2020; December 17, 2020; or December 18, 2020. I am scheduled to appear for a trial before Judge Furman that begins on December 9 and is expected to continue through December 10, presenting an unavoidable conflict with the Initial Case Management Conference in this matter. Counsel for plaintiff consents to this request.

This is DIRECTV's first request for an adjournment of the Initial Case Management Conference. No other deadlines have been set in the case that would be affected by this adjournment.

We thank the Court for considering this request.

Respectfully,

/s/Matthew D. Ingber
Matthew D. Ingber

cc: All Counsel of Record (via ECF)

*Conference is adjourned until 12/18/20 at 10am. So ordered.*

*[signed] A. K. Hellerstein*
*11/16/20*

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).