UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUGHES COMMUNICATIONS INDIA
PRIVATE LIMITED,

           Plaintiff,

       v.

THE DIRECTV GROUP, INC.,

           Defendant.

Case No. 20-CV-02604-AKH

### Notice and [~~Proposed~~] Order for Withdrawal of Counsel

PLEASE TAKE NOTICE that, upon the annexed declaration of Eunice Hong, and subject to the approval of the Court, Eunice Hong hereby withdraws as counsel for Plaintiff Hughes Communications India Private Limited and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action. H. Christopher Boehning of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Hughes Communications India Private Limited in this proceeding.

DATED: New York New York
           February 24, 2021

                                              /s/ Eunice Hong
                                              Eunice Hong
                                              1285 Avenue of the Americas
                                              New York, NY 10019
                                              Tel: 212-373-3000
                                              ehong@paulweiss.com

SO ORDERED:

/s/ Alvin K. Hellerstein
-----------------------------
Alvin K. Hellerstein
United States District Judge

2/26/21