UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUGHES COMMUNICATIONS INDIA
PRIVATE LIMITED,

               Plaintiff,

               v.

THE DIRECTV GROUP, INC.,

               Defendant.

Case No. 20-CV-02604-AKH

**Notice and [~~Proposed~~] Order for Withdrawal of Counsel**

PLEASE TAKE NOTICE that, upon the annexed declaration of Michelle K. Parikh, and subject to the approval of the Court, Michelle K. Parikh hereby withdraws as counsel for Plaintiff Hughes Communications India Private Limited and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action.  H. Christopher Boehning of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Hughes Communications India Private Limited in this proceeding.

DATED:  New York New York
          March 26, 2021

Michelle K. Parikh
2001 K Street NW
Washington, DC 20006
Tel: 202-223-7300
mparikh@paulweiss.com

SO ORDERED:

/s/ Alvin K. Hellerstein

Alvin K. Hellerstein
United States District Judge
  3/30/21