**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3061

WRITER'S DIRECT FACSIMILE
(212) 492-0061

WRITER'S DIRECT E-MAIL ADDRESS
cboehning@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

[Partner listing omitted]

*NOT ADMITTED TO THE NEW YORK BAR
‡ADMITTED TO THE CALIFORNIA BAR

June 3, 2021

**By ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
6/7/21

Re:  *Hughes Communications India Private Ltd.* v. *The DirecTV Group, Inc.*
Case No. 1:20-cv-02604 (AKH) (S.D.N.Y.)

Dear Judge Hellerstein:

We represent plaintiff Hughes Communications India Private Limited ("HCIPL") in this action.  I am writing on behalf of both parties pursuant Rule 1D of the Court's Individual Rules to request a one-week extension, until June 23, 2021, of the deadlines for the parties' replies in support of their motions for summary judgment, ECF Nos. 59, 66.

The original deadline for replies in support of motions for summary judgment was June 7, 2021.  The parties jointly requested one extension, which the Court granted, setting a revised deadline of June 16, 2021.  ECF No. 56.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Alvin K. Hellerstein 2

We thank the Court for its attention to this matter.

Respectfully,

*/s/ H. Christopher Boehning*

H. Christopher Boehning

cc: All counsel of record (by ECF)