# MAYER | BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

Denied.  A decision has been filed on the papers.  Argument of the motions is unnecessary.

SO ORDERED.

/s/ Alvin K. Hellerstein
November 16, 2021

November 5, 2021

BY ECF

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re:   *Hughes Communications India Private Limited v. The DIRECTV Group, Inc.*, No. 20-cv-02604 (S.D.N.Y.)

Dear Judge Hellerstein:

We represent defendant The DIRECTV Group, Inc. ("DIRECTV") in the above-referenced action.  Pursuant to Rule 1-D of Your Honor's Individual Rules, and with plaintiff's consent, I write to request a modest adjournment of the December 9, 2021 oral argument on the parties' pending motions for summary judgment (Dkt. 92).

No previous request for adjournment or extension of this date has been made.  The reason for the requested extension is that the current scheduled date immediately follows a December 8, 2021 in-person pre-trial conference in San Francisco in the matter *Thomas et al. v. Cricket Wireless, LLC, et al.*, 3:19-cv-07270 (N.D. Cal.), for which I am lead counsel. The jury trial of that matter is scheduled to begin shortly thereafter, on December 20, 2021.

The parties do not have a next scheduled appearance before the Court and do not have any other existing deadlines. Counsel for plaintiff consents to the request. The parties respectfully propose the following alternative dates for oral argument:

- January 10, 2022
- January 11, 2022
- January 12, 2022
- January 20, 2022
- January 21, 2022

Thank you for the Court's consideration of this matter.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

Mayer Brown LLP

Honorable Alvin K. Hellerstein
November 5, 2021
Page 2

Respectfully,

*/s/ Matthew D. Ingber*

*Counsel for Defendant DIRECTV*

cc: Counsel of Record (by ECF)