UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HUGHES COMMUNICATIONS INDIA PRIVATE
LIMITED,

                        Plaintiff,                     20 **CIVIL** 2604 (AKH)

          -against-                          **JUDGMENT**

THE DIRECTV GROUP, INC.,

                        Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated November 16, 2021, the DOT license fees are neither an indemnifiable Tax, nor were Plaintiff's Pre-Closing interactions with the DOT an indemnifiable Proceeding. Defendant's motion for summary judgment is granted, and Plaintiff's motion for partial summary judgment is denied. Judgment is entered to the defendant, and the complaint is dismissed with cost.

**Dated:**  New York, New York
           November 17, 2021

                                                             **RUBY J. KRAJICK**

                                                                Clerk of Court
                                                 **BY:**
                                                                  Deputy Clerk