**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3061

WRITER'S DIRECT FACSIMILE
(212) 492-0061

WRITER'S DIRECT E-MAIL ADDRESS
cboehning@paulweiss.com

The conference scheduled for August 2, 2023 is adjourned to August 9, 2023 at 2:15 p.m.

SO ORDERED
/s/ Alvin Hellerstein
July 27, 2023

July 27, 2023

**By ECF**

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *Hughes Communications India Private Ltd.* v. *The DirecTV Group, Inc.*
    Case No. 1:20-cv-02604 (AKH) (S.D.N.Y.)

Dear Judge Hellerstein:

  We represent plaintiff Hughes Communications India Private Limited ("HCIPL") in the above-referenced matter. Pursuant to Rule 1D of Your Honor's Individual Rules, I write to respectfully request a brief adjournment of the status conference currently scheduled in this case for Wednesday, August 2, 2023, at 2:30 p.m. (Dkt. No. 100), as I am scheduled to appear in an out-of-state hearing for another matter on that date.

  No previous request for adjournment of this status conference has been made, and there are no other conference dates or deadlines currently scheduled in this

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Alvin K. Hellerstein　　　　　　　　　　　　　　　　　　　　　2

case.  Counsel for defendant consents to this request.  The parties propose the following alternative dates for the conference:

- August 7, 2023
- August 8, 2023
- August 9, 2023

We thank the Court for its consideration of this request.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　H. Christopher Boehning

cc:　　All Counsel of Record (via ECF)