UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUGHES COMMUNICATIONS INDIA PRIVATE
LIMITED,

                              Plaintiff,

          -v-                                          CIVIL ACTION NO.: 20 Civ. 2604 (AKH) (SLC)

                                                                    **ORDER**

THE DIRECTV GROUP, INC.,

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

          Pursuant to the telephone conference held today, June 20, 2024, by **June 26, 2024,**

the parties shall file their proposed stipulation regarding a schedule for the damages inquest.

Dated:          New York, New York
                    June 20, 2024

                                                  SO ORDERED.

                                                  _____
                                                  **SARAH L. CAVE**
                                                  **United States Magistrate Judge**