UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUGHES COMMUNICATIONS INDIA PRIVATE LIMITED,

           Plaintiff,

-v-

THE DIRECTV GROUP, INC.,

           Defendant.

CIVIL ACTION NO.: 20 Civ. 2604 (AKH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On or before **October 8, 2024**, the parties are directed to file a joint status letter stating whether they reached a settlement following their October 1, 2024 mediation.

Dated:    New York, New York
           September 5, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**