**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

DIRECT DIAL: (212) 373-3061
EMAIL: CBOEHNING@PAULWEISS.COM

BEIJING
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

---

> The parties' request at ECF No. 126 is **GRANTED**, and the in-person discovery conference set for September 27, 2024 at 2:00 p.m. is **ADJOURNED** to **Monday, October 7, 2024, at 12:00 p.m.** in Courtroom 18A, 500 Pearl Street, New York, New York.
>
> The Clerk of Court is respectfully directed to close ECF No. 126.
>
> SO ORDERED.   September 25, 2024
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

---

September 24, 2024

**VIA ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

*Hughes Communications India Private Limited* v. *The DirecTV Group, Inc.*,
Case No. 20-CV-02604 (AKH) (SLC) (S.D.N.Y.)

Dear Judge Cave:

Pursuant to Rule I.D of Your Honor's Individual Practices, I write on behalf of plaintiff Hughes Communications India Private Limited to request an adjournment of the discovery conference scheduled for September 27 at 2 p.m., ECF No. 125. Lead counsel for Hughes India is not available on September 27 due to another professional commitment. Defendant The DirecTV Group, Inc. consents to the request for an adjournment.

The parties have conferred regarding alternative dates, and have confirmed that all counsel are available on October 4, 2024. The parties are also available after 2 p.m. on October 3, 2024 or between 9 a.m. and 12 p.m. on October 7, 2024. If the Court is not available on these dates, the parties will confer and propose alternative dates.

There have been no previous requests for adjournment.

Sincerely,

*/s/ H. Christopher Boehning*

H. Christopher Boehning

cc: All counsel of record (*via* ECF)