September 26, 2024

> The parties' request at ECF No. 128 is **GRANTED.**
>
> The Clerk of Court is respectfully directed to close ECF No. 128.
>
> SO ORDERED.  September 26, 2024
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

<u>VIA ECF</u>

The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re:  <u>Hughes Communications India Private Limited v. The DIRECTV Group, Inc., No. 20-cv-02604 (S.D.N.Y.)</u>
<u>Joint Letter Request for Alternative Briefing Schedule</u>

Dear Judge Cave:

Pursuant to Rule 1(D) of Your Honor's Individual Practices, plaintiff Hughes Communications India Private Limited ("Hughes India") and defendant The DirecTV Group, Inc. ("DIRECTV") write jointly to request an extension of the deadline for the parties' opening briefs related to damages.

On June 20, 2024, Your Honor held a telephone conference and ordered the parties to file a proposed stipulation regarding a schedule for a damages inquest (ECF No. 118). The parties filed a proposed stipulation (ECF No. 119), which was so ordered on June 27 (ECF No. 120), setting out the following schedule for the parties to submit written briefs on the issue of damages:

a. Simultaneous opening submissions due September 27, 2024

b. Simultaneous responses due October 28, 2024

c. Simultaneous replies due November 12, 2024

As the parties stated in their joint letter dated September 4 (ECF No. 121), they have a mediation scheduled for October 1. The parties agree that they would benefit from a one-week extension to file their opening submissions. We therefore propose the following schedule:

a. Simultaneous opening submissions due October 4, 2024

b. Simultaneous responses due October 28, 2024

c. Simultaneous replies due November 12, 2024

We thank the Court for its consideration of this matter.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian law partnership).

The Honorable Sarah L. Cave
September 26, 2024
Page 2

Respectfully submitted,

| | |
|---|---|
| /s/ H. Christopher Boehning | /s/ Matthew D. Ingber |
| H. Christopher Boehning | Matthew D. Ingber |
| Jonathan Hurwitz | Niketa K. Patel |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | Alina Artunian |
| | MAYER BROWN LLP |
| *Attorneys for Plaintiff Hughes Communications India Private Limited* | *Attorneys for Defendant The DIRECTV Group, Inc.* |