UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUGHES COMMUNICATIONS INDIA PRIVATE LIMITED,

                      Plaintiff,

-v-

THE DIRECTV GROUP, INC.,

                      Defendant.

CIVIL ACTION NO.: 20 Civ. 2604 (AKH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today Tuesday, January 7, 2025, (the "Conference") it is ORDERED as follows:

1. Defendant's requests for discovery (ECF No. 137) are **DENIED** without prejudice.

2. The parties' request for a damages briefing schedule (id.) is **GRANTED**. On or before **January 17, 2025**, Plaintiff shall file its opening submission. On or before **February 28, 2025**, Defendant shall file its response. On or before **March 21, 2025**, Plaintiff may file a reply. On or before **March 26, 2025**, Defendant may file a letter of not more than two (2) pages setting forth the reasons it should be permitted to file a sur-reply.

3. By **January 17, 2025**, the parties shall order a transcript of the Conference and file it on the docket by completing the annexed transcript request form and submitting the request to etranscripts@nysd.uscourts.gov.

The Clerk of Court is respectfully directed to close ECF No. 137.

Dated: New York, New York
January 7, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2