PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

BRUSSELS
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO

TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

DIRECT DIAL: +1 212 373 3061
EMAIL: CBOEHNING@PAULWEISS.COM

> The parties' request at ECF No. 168 is **GRANTED.** The May 7, 2025 telephone conference (ECF No. 167) is **ADJOURNED** to **Friday, May 16, 2025 at 11:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close ECF No. 168.
>
> SO ORDERED.   May 5, 2025
>
> *Sarah␣Cave*
> SARAH L. CAVE
> United States Magistrate Judge

May 2, 2025

VIA ECF

The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re:  Hughes Communications India Private Limited v. The DIRECTV Group, Inc., No. 20-cv-02604 (S.D.N.Y.)

Letter Regarding Upcoming Telephone Conference

Dear Judge Cave:

Pursuant to Rule 1(D) of Your Honor's Individual Practices, Hughes Communications India Private Limited ("Hughes India") writes to request that the Court reschedule next week's telephone conference.

On May 1, 2025, the Court scheduled a telephone conference for May 7, 2025 at 11:00 a.m. ECF No. 167. The undersigned counsel will be in Switzerland next week in connection with another matter and will be unable to participate in the conference. As a result, Hughes India asks that the Court reschedule the hearing. This is Hughes India's first request for an adjournment of this hearing, and the adjournment will not affect any other scheduled dates. The parties conferred, and DirecTV does not oppose this request.

If it pleases the Court, the parties can be available the following week on May 14 or the morning of May 15. If neither date is convenient for the Court, the parties will meet and confer and propose alternative dates.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Thank you for you consideration of this matter.

Respectfully submitted,

*/s/ H. Christopher Boehning*
H. Christopher Boehning
Daniel Reich
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
*Attorneys for Plaintiff*
*Hughes Communications*
*India Private Limited*