May 7, 2025

<u>VIA ECF</u>

The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re: <u>Hughes Communications India Private Limited v. The DIRECTV Group, Inc., No. 20-cv-02604 (S.D.N.Y.)</u>

<u>Joint Letter Regarding Upcoming Telephone Conference</u>

Dear Judge Cave:

Pursuant to Rule 1(D) of Your Honor's Individual Practices, Hughes Communications India Private Limited ("Hughes India") and the DIRECTV Group, Inc. ("DirecTV") write jointly to request that the Court reschedule the telephone conference currently set for May 16, 2025.

On May 1, 2025, the Court scheduled a telephone conference for May 7, 2025 at 11:00 a.m. ECF No. 167. With DirecTV's consent, Hughes India requested that the Court adjourn the conference because counsel for Hughes India would be out of the country in connection with another matter. ECF No. 168. After consulting with DirecTV, Hughes India's letter requested that the Court reschedule the conference for May 14 or the morning of May 15. *Id*. On May 5, the Court granted the request but rescheduled the conference for May 16 at 11:00 a.m. ECF No. 169.

The parties jointly request that the Court reschedule the conference as counsel for both parties have scheduling conflicts with the new time. This is Hughes India's second request for an adjournment of this conference and DirecTV's first request. Adjournment of this conference date will not affect any other scheduled dates.

If it pleases the Court, the parties can be available on the following dates and times:

- May 19, 2025: 2pm-5pm
- May 20, 2025: 9am-12 pm, 1:30 pm-5pm
- May 21, 2025: 9am-12pm, 2pm-5pm
- May 22, 2025: 9am-12 pm, 3-4pm

Respectfully submitted,

| | |
|---|---|
| */s/ H. Christopher Boehning* | */s/ Matthew D. Ingber* |
| H. Christopher Boehning | Matthew D. Ingber |
| Daniel S. Reich | Niketa K. Patel |
| PAUL, WEISS, RIFKIND, | Jarman D. Russell |
| WHARTON & GARRISON LLP | Alina Artunian |
| *Attorneys for Plaintiff* | MAYER BROWN LLP |
| *Hughes Communications* | *Attorneys for Defendant* |
| *India Private Limited* | *The DIRECTV Group, Inc.* |

---

The parties' request at ECF No. 170 is **GRANTED.** The May 16, 2025 telephone conference (ECF No. 169) is **ADJOURNED** to **Monday, May 19, 2025 at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 170.

SO ORDERED.     May 8, 2025

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge