UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUGHES COMMUNICATIONS INDIA PRIVATE LIMITED,

                Plaintiff,

-v-

THE DIRECTV GROUP, INC.,

                Defendant.

CIVIL ACTION NO. 20 Civ. 2604 (AKH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

After review of the parties' submissions concerning the allocation of damages (ECF Nos. 144–45; 150–52; 158–59; 165 (the "Damages Submission")), it is ORDERED as follows:

1. The parties shall submit supplemental letter-briefs setting forth their respective positions on the appropriate legal standard to apply to resolve this dispute (i.e. the standard applicable under Federal Rule of Civil Procedure 56, a preponderance of the evidence standard, or another standard).

   a. On or before **May 27, 2025**, Plaintiff shall file a letter-brief of not more than 1,050 words.

   b. On or before **June 3, 2025**, Defendant shall file a response of not more than 1,050 words.

2. Pursuant to its Damages Submission Reply, on or before **June 6, 2025**, Plaintiff may file an affidavit to address Defendant's evidentiary arguments. (See ECF Nos. 150 at 30–32; 158 at 15).

Dated: New York, New York
May 20, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**